United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL LINARES-SOBERANIS,<br>Movant, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. B-12-175<br>(Criminal No. B-10-331-1) |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED** with technical changes as set forth in the accompanying Memorandum Opinion. It is therefore, **ORDERED, ADJUDGED,** and **DECREED** that Linares-Soberanis's § 2255 Motion (Dkt. No. 1) is **DISMISSED** with prejudice. A certificate of appealability shall not issue.

Signed on this ___24th___ day of ___September___, 2015.

Hilda Tagle
Senior United States District Judge